# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES--GENERAL

Case No. CV16-1973-KK            Date: November 02, 2018

Title    Tirsa M. Clemons v. Carolyn W. Colvin

---

## DOCKET ENTRY

PRESENT:    HON. **KENLY KIYA KATO**, UNITED STATES MAGISTRATE JUDGE

| Deb Taylor | None |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

ATTORNEYS PRESENT FOR PLAINTIFF(S):      ATTORNEYS PRESENT FOR DEFENDANT(S):
     None                                             None

## PROCEEDINGS:      (IN CHAMBERS)

The Court is in receipt of Plaintiff's Counsel's response, dkt. 28, to the Court's Order conditionally granting attorney fees pursuant to 42 U.S.C. § 406(b), dkt. 27. Plaintiff's Counsel states he has yet to receive an initial determination of Plaintiff's past due benefits, and reiterates his request for fees in the amount of $12,000.00 based upon his estimate that Plaintiff is entitled to receive "at least $60,000.00" in retroactive benefits. Defendant has not disputed this estimate. Thus, the Court AFFIRMS its Order conditionally granting attorney fees. Defendant is, therefore, directed to pay Plaintiff's Counsel the sum of $12,000.00 pursuant to 42 U.S.C. § 406(b).
MINUTES FORM 11
CIVIL-GEN